IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**VIANEY GONZALEZ**                                                                                     **PLAINTIFF**

v.                                    **CASE NO. 4:10CV00402 BSM**

**STEALTH RECOVERY TEAM LLC et al.**                                                **DEFENDANTS**

**ORDER**

Defendants move to stay this action pending the resolution of separate defendant Jason E. Osborne's bankruptcy proceeding. [Doc. No. 7]. Plaintiff Vianey Gonzalez objects, stating that her claim against Osborne is not dischargeable in bankruptcy.

11 U.S.C. § 362(a) automatically stays a civil action against a Debtor brought prior to the filing of his bankruptcy petition. This protection, however, does not extend to a debtor's codefendants except in unusual circumstances. *Sav-A-Trip v. Belfort*, 164 F.3d 1137, 1139 (8th Cir. 1999). Gonzalez advises that she has sought relief from the stay from the bankruptcy court and that the Honorable Richard D. Taylor has conducted a hearing and has taken that motion under advisement. Therefore, the motion to stay the proceedings against separate defendant Jason Osborne is granted and the motion to stay the proceedings against all other defendants is denied.

IT IS SO ORDERED this 28th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE