### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**VIANEY GONZALEZ**                                                          **PLAINTIFF**

V.                                    **CASE NO.: 4-10-CV-0402**

**STEALTH RECOVERY TEAM, LLC,**
**JASON E. OSBORNE, LARRY CHASE**
**AND KELLY CHASE**                                                          **DEFENDANTS**

### ORDER OF DISMISSAL WITH PREJUDICE

Upon motion of the Plaintiff hereto to dismiss the Complaint against Defendants.  The

Court being advised that all matters and controversies have been amicably settled, this case is

hereby dismissed with prejudice.

IT IS, THEREFORE, CONSIDERED, ORDERED AND ADJUDGED that this case is

dismissed with prejudice.

Dated this ____22nd____day of ____June_____, 2011.

_____

HONORABLE BRIAN S. MILLER

Prepared by:

/s/ Brian W. Ray
Ark. Bar No. 2000084
Attorney for Defendants
CLEVENGER & RAY, PLLC
124 West Capitol Avenue, Suite 860
Little Rock, AR 72201-3704
(501) 376-9100

Approved as to Form:

By:   /s/ Reggie Koch
Reggie Koch, Ark. Bar #2005125
Attorney for Plaintiff
KOCH LAW FIRM
2024 Arkansas Valley Drive, Suite 707
Little Rock, AR 72212